U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 FEB 13 P 3: 16

CLERK OF COURT

Katherine Lou Hobbins Forester

1256 Capitol Dr 700-141

Pewaukee, Wisconsin 53072

US Eastern District Court

517 E Wisconsin Ave

Milwaukee, Wisconsin 53202

Feb 13, 2026

Re: 2026CV212

Attn: Judge Joseph

I move to withdraw/dismiss the case as of today.

Thank you,

Katherine Lou Hobbins Forester